UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____DAVID I YOUNG_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_____ISABELLA GERIATRIC CENTER_____

_____Ultra CARE OF MANHATTAN_____

_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)

**12 CV 6761**

COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION

Jury Trial: ☑ Yes ☐ No
(check one)

RECEIVED
SEP - 6 2012
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: (check only those that apply)

__X__ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

__X__ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

__X__ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

__X__ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

__X__ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

Rev. 05/2010                                1

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  DAVID I YOUNG
Street Address  20 KENT ROAD
County, City  SCARSDALE
State & Zip Code  NEW YORK  10583-2304
Telephone Number  (914) 472-7967

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  Name ① MR. MARK KATOR, MS CELESTINE LANTZ / ② MR MARK HALSBAND
Street Address  ISABELLA GERIATRIC CENTR (515 AUDUBON AVE) / 800 2nd AVE Suite 90?
County, City  MANHATTAN, N.Y.C. / ② MANHATTAN
State & Zip Code  N.Y 10040  / ② NY 10017
Telephone Number  (212) 342-9200 / ②(212) 883-8877

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer  ISABELLA GERIATRIC CENTER
Street Address  515 AUDUBON AVE
County, City  MANHATTAN, N.Y.C
State & Zip Code  NEW YORK, NY 10040
Telephone Number  (212) 342-9200

## II. Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____ Failure to hire me.

__X__ Termination of my employment.

_____ Failure to promote me.

_____ Failure to accommodate my disability.

_____ Unequal terms and conditions of my employment.

Rev. 05/2010                                    2

_____ Retaliation.

_____ Other acts *(specify)*: _____.

Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: __7/28/11__ .
   Date(s)

C. I believe that defendant(s) *(check one)*:

   __X__ is still committing these acts against me.

   _____ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

   [X] race   __TAIWANESE (ASIAN)__        [X] color   __YELLOW__

   [ ] gender/sex _____           [ ] religion _____

   [X] national origin   __TAIWAN__

   [X] age.  My date of birth is __04/04/32__  (Give your date of birth only if you are asserting a claim of age discrimination.)

   [X] disability or perceived disability,  __LEFT EAR HARD OF HEARING__ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

(1) Called to work during biggest snow storm (Day after Xmas 2010), Ms Celestine refused to pay make excuse of not pay me.
(2) Apparently Ms Celestine's mistake, abused her power & let female (Nasima) worker work instead of me.
(3) With highest qualification and longerest experiences. Given work to less qualifieds & less experiences. Gave me less day & then fire me without any notices.
(4) For Mrs Johnson's daughter case. Every therapist got complaints, I was singled out said I am the only
(5) Therapists were busy & accidently dropped pulse oximeter. She said I am the only one. (6) Under Metropol told her I was the highest & longerest experience. Should pay top salary, she wasn't pay me
(7) pt Madera Alas was the fault of manager, by telling pt has to use longer (extra long) inline catheter which we never had, pt insisted to & I explained to her, Bottom line; I was split by the pt 3 times. Is this the pt she said I was aggressive. Bender: I didn't got fir

Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies**:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____01/16/12_____ (Date).

II

E. The facts of my case are as follow

8). They treated me like a criminal, when I tried to park my car in the parking lot, the security guard told me they posted all over the "Nursing Home" barred me to get into the facility, I told him that I have a parking permit, he said he knew.

B. The Equal Employment Opportunity Commission *(check one)*:

_____ has not issued a Notice of Right to Sue letter.

___X___ issued a Notice of Right to Sue letter, which I received on __6/8/12__ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C. Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

___X___ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

## IV. Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: __MENTAL DAMAGE, EMOTIONAL PAIN & SUFFERING LOST WAGES__

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __5__ day of __SEPTEMBER__ 20__12__.

Signature of Plaintiff __DAVID I YOUNG   David I Young__
Address __20 KENT ROAD__
__SCARSDALE, NY, 10583-2304__

Telephone Number __(914) 472-7967__
Fax Number *(if you have one)* __SAME AS ABOVE__

Rev. 05/2010          4

August 8, 2012

Ms. Jeanette Wooten, Federal Investigator
33 Whitewall Street, 5th Floor
New York, NY 10004-2112

Re:   E.E.O.C. Charge No. 482012-17115
      David Young V. Isabella Geriatric Center

Dear Ms. Jeanette Wooten:

This is a letter to ask you to do me a favor regarding my case. On or about June 8th of this year, we discussed my case and you told me that Ms. Celestine Lantz told you the reason I got fired was because I had argued with a patient. So far, I have no recollection of the incident. I did not receive disciplinary action, no warning notice, not even a verbal warning. Please help me find out the patient name in question at your earliest convenience. Thank you.

Sincerely,

*David I Young*
David I Young
20 Kent Road
Scarsdale, NY 10583-2304
(914)472-7967

P.S.: Ms. Celestine Lantz's office telephone number is: 212 342 9240

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **David Young**
**20 Kent Rd**
**Scarsdale, NY 10583**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2012-01200 | **Jeanette P. Wooten,** Investigator | (212) 336-3753 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Kevin J. Berry*      6/4/12
**Kevin J. Berry,**      (Date Mailed)
**District Director**

Enclosures(s)

cc: **Mark Halsband**
**President**
**ULTRACARE OF MANHATTAN LTD**
**800 2nd Ave Ste 905**
**New York, NY 10017**